HALMA CONSTRUCTION CORPORATION, Respondent, v. JACOB A. MITTENTHAL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present

— Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. Settle order on notice.